CORNELIA P. ACKERMAN, Appellant, *v.* MARIE ACKERMAN et al., Appellants, and WILLIAM MILNE et al., as Executors and Trustees under the Will of CORNELIA D. BECKER, Deceased, et al., Respondents, Impleaded with Others.

(Argued April 29, 1929; decided May 28, 1929.)

*Frederick Collin* and *Harold Swain* for Cornelia P. Ackerman et al., appellants.

*John M. Ruck* for Marie L. Ackerman, appellant.

*Charles B. Dullea* for George Kessler et al., appellants.

*Lydecker Van Riper* and *Joseph H. A. Symonds* for Franz Ochs, as mayor of Stupferich et al., appellants.

*M'Cready Sykes* and *George L. Shearer* for New York Society for the Relief of the Ruptured and Crippled, respondent.

*Thomas W. Kelly* for William Milne et al., as executors and trustees under the will of Cornelia D. Becker, deceased, respondents.

Judgment affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.